

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Justin Michael Lowe,                  * From the 29th District Court
                                        of Palo Pinto County, Texas
                                        Trial Court No. 15261.

Vs. No. 11-15-00094-CR               * April 28, 2017

The State of Texas,                  * Memorandum Opinion by Bailey, J.
                                        (Panel consists of: Wright, C.J.,
                                        Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.